*Glenn Rippley*
vs
*Kolb Grading* # 4:18-CV-0118-JAR

# TOWNSEL LAW FIRM
## ATTORNEY AND COUNSELOR AT LAW

TEL: (312) 772-5850

715 EAST GOLF ROAD, SUITE 205
SCHAUMBURG, ILLINOIS 60173
ATOWNSEL@TOWNSELLAW.COM

FAX: (312) 278-0070

**RECEIVED**

**FEB 2 6 2018**

**BY MAIL**

February 13, 2018

*ADVERTISING MATERIAL*

Mr. Glenn Rippley
5102 Pennsylvania Avenue
St. Louis, MO 63111

Re:     Rippley v. Kolb Grading, LLC et al
        Case No. 4:18-cv-00118-JAR

Dear Mr. Rippley:

During my recent review of employment law matters in the federal district court, I noted that you filed a lawsuit against the above-referenced defendant. It also appears that you may have filed this matter without legal counsel.

If you are currently seeking a lawyer to represent you in your case, please feel free to contact me to schedule a consultation. Over the past 20 years, I have successfully handled employment litigation matters for hundreds of clients, and welcome the opportunity to learn more about whether I can be of assistance to you.

Best regards,

Andre E. Townsel, Esq.

AET/de

2/25/18 Glenn Rippley
1502 Pennsylvania Ave
St Louis Mo 63111
Phone # 314-659-0857

Glenn Rippley
5102 Pennsylvania ave
St louis, Mo. 63111

**RECEIVED**
FEB 26 2018
**BY MAIL**

Case #
4:18-cv-00118-JAR

SAINT LOUIS MO 630

26 FEB 2018  PM 5 L

US district court clerk
111 S 10th str.,
St louis, Mo
63102

63102-112925